**WONDERLAND NURSERYGOODS CO., LTD., Plaintiff–Appellant**

v.

**THORLEY INDUSTRIES LLC, dba 4Moms, Defendant–Appellee.**

No. 2015–1878.

United States Court of Appeals, Federal Circuit.

April 8, 2016.

**1012**

Daniel Tallitsch, Baker & McKenzie LLP, Chicago, IL, argued for plaintiff-appellant. Also represented by David I. Roche.

Daniel H. Brean, The Webb Law Firm, Pittsburgh, PA, argued for defendant-appellee. Also represented by Kent E. Baldauf, Jr., Bryan P. Clark.

WALLACH, MAYER, and TARANTO, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**